■ THE PEOPLE OF THE STATE OF NEW YORK v. JOE L. WILLIAMS.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ELEANOR M. LIMATA against ROBERT C. WEAVER, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ DAVID McDONOUGH, INC., v. EDMOND BERGER et al.— Motion to dismiss appeal for lack of prosecution denied, with $10 costs. Plaintiff having failed to serve a notice of appearance earlier and defendants being stayed under section 240 of the Civil Practice Act, appellants are not in default. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ EDWARD STEARNS v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion for an order directing defendants-respondents' attorney to accept a notice of appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ SALVADOR BENADON v. JORGE ANTONIO.— Motion for extension of time granted insofar as to amend the order of this court entered on the 10th day of March, 1960, to provide that the defendant-appellant have four months instead of three to move to vacate the default judgment. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ALBERT WEBER, as Administrator of the Estate of SHIRLY M. WEBER, Deceased, et al., v. JAMES J. CURTIN.— Motion for stay granted and the stay contained in the order to show cause, dated April 27, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ MARTIN EQUIPMENT CORP. v. WILLIAM J. KRABBELER.— Motion to dismiss appeal from order entered September 14, 1959, denied; motion to dismiss appeal from order entered November 5, 1959, denied with leave, however, to renew upon the argument of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HELEN KORSAK, as Administratrix, v. CURRY AUTO RENTAL, INC., et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure their appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ AMERICAN RADIATOR & STANDARD SANITARY CORP. v. BAKER SMITH & Co., INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of PAUL CREIGHTON against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York.— Motion to dismiss proceeding granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ JACOB GRIFFEL v. ARTHUR B. BELFER.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.